IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**ELVIS GERMAN GUERRA-NEGRON,** )
)
)
Petitioner, )
)
v. ) 3:26cv1989
) **Electronic Filing**
**WARDEN OF MOSHANNON VALLEY** )
**PROCESSING CENTER, DIRECTOR** )
**OF IMMIGRATION AND CUSTOMS** )
**ENFORCEMENT** and **ATTORNEY** )
**GENERAL,** )
)
Respondents. )

**CASE MANAGEMENT ORDER**

AND NOW, this 16th day of October, 2026, IT IS HEREBY ORDERED as follows:

1. **Service**. The Court hereby notifies Petitioner that copies of this order and the Petition were emailed by the Court to the United States Attorney's Office for the Western District of Pennsylvania this day. This email service is deemed sufficient to accomplish formal service of the Petition on Respondents.

2. **Respondents' counsel notice of appearances**. Counsel for Respondents shall file a notice of appearance within **3 days** of this date.

3. **Respondents' response to the petition.** Respondents shall file any responses or answers to the petition within **30 days** of the date of service. Responses are limited to 25 pages, double-spaced and must comply with the formatting requirements set forth in Local Rule 5.1B. Respondents shall address all issues fairly presented by petitioner within the briefing schedule and accompanying limitations.

4. Petitioner's [2] motion for appointment of counsel is denied.

5. Petitioner may file a reply to the response on or before **7 days** from the filing of the response.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Elvis German Guerra-Negron
A246074498
Moshannon Valley Processing Center
Legal Mail-Open in Presence of Detainee
555 Geo Drive
Philipsburg, PA 16866

(*Sent Via First Class Mail*)

(*Via CM/ECF Electronic Mail*)